```
 1
 2
 3
 4
 5
 6
 7                      UNITED STATES DISTRICT COURT
 8                  FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
    ADRIENNE R. JOHNSON and
10  BARBARA J. JOHNSON,
                                       NO. CIV. S-10-517 LKK/KJM
11           Plaintiffs,
12       v.
                                            O R D E R
13  INDYMAC FEDERAL BANK; COLONY
    MORTGAGE LENDERS, INC.;
14  MERIDIAN TRUST DEED SERVICE;
    BURJ SHAHBAZIAN; and DOES 1-20,
15  inclusive,
16           Defendants.
                                      /
17
```

18     On March 9, 2010, the Federal Deposit Insurance Corporation

19 ("FDIC") filed a request that the court return the filing fees it

20 paid to remove this action from state court. As the FDIC explained,

21 it "shall not be subject to payments of any filing fees in United

22 States district courts . . . ." 12 U.S.C. § 1918(b)(4).

23     For the foregoing reasons, the court orders that the filing

24 fee of $350 be refunded to the FDIC.

25     The Clerk of Court is instructed to send a copy of this order

26 to the Finance Department.

1 | IT IS SO ORDERED.
2 | DATED: March 19, 2010.

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT