UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ADRIENNE R. JOHNSON and
BARBARA J. JOHNSON,

          NO. CIV. S-10-517 LKK/KJM

    Plaintiffs,

  v.

          O R D E R

INDYMAC FEDERAL BANK; COLONY
MORTGAGE LENDERS, INC.;
MERIDIAN TRUST DEED SERVICE;
BURJ SHAHBAZIAN; and DOES 1-20,
inclusive,

    Defendants.
                                        /

    On March 9, 2010, the Federal Deposit Insurance Corporation ("FDIC") filed a request that the court return the filing fees it paid to remove this action from state court. As the FDIC explained, it "shall not be subject to payments of any filing fees in United States district courts . . . ." 12 U.S.C. § 1918(b)(4).

    For the foregoing reasons, the court orders that the filing fee of $350 be refunded to the FDIC.

    The Clerk of Court is instructed to send a copy of this order to the Finance Department.

1

1   IT IS SO ORDERED.

2   DATED: March 19, 2010.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT