JEFFER, MANGELS, BUTLER & MARMARO LLP
MICHAEL J. HASSEN (Bar No. 124823 ), mjh@jmbm.com
CHRISTOPHER H. DOYLE (Bar No. 190016), chd@jmbm.com
Two Embarcadero Center, Fifth Floor
San Francisco, California  94111-3813
Telephone:     (415) 398-8080
Facsimile:      (415) 398-5584

Attorneys for Defendant FEDERAL DEPOSIT INSURANCE CORPORATION, as RECEIVER for INDYMAC FEDERAL BANK, FSB

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| ADRIENNE R. JOHNSON and BARBARA J. JOHNSON,<br><br>Plaintiffs,<br><br>v.<br><br>INDYMAC FEDERAL BANK; COLONY MORTGAGE LENDERS, INC.; MERIDIAN TRUST DEED SERVICE; BURJ SHAHBAZIAN; and DOES 1-20 inclusive,<br><br>Defendants. | CASE NO.     2:10-cv-00517-LKK-KJM<br><br>**ORDER GRANTING SUBSTITUTION OF FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR INDYMAC FEDERAL BANK, FSB AND REQUEST FOR STAY**<br><br>**CTRM:**     **4**<br>**JUDGE:**     **HON. LAWRENCE K. KARLTON** |

PDF created with pdfFactory trial version www.pdffactory.com

1   THE COURT, having reviewed the Substitution Of Federal Deposit Insurance
2   Corporation, As Receiver For Indymac Federal Bank, FSB and the requested stay, and good cause
3   having been shown,
4   IT IS HEREBY ORDERED:
5   (1) that the Federal Deposit Insurance Corporation, as Receiver for Indymac Federal
6   Bank ("FDIC as Receiver"), is substituted in for named defendant Indymac Federal Bank, and
7   (2) that all proceedings in this matter are stayed for ninety (90) days from the date of
8   this order.
9   IT IS SO ORDERED.

11  Dated:  March 29, 2010

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PRINTED ON RECYCLED PAPER

JMBM | Jeffer Mangels Butler & Marmaro LLP

PDF created with pdfFactory trial version www.pdffactory.com